IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA BARNARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 11-00870-CV-W-FJG |
| STEVEN BURGESS, | ) ) ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is Plaintiff Cynthia Barnard's Briefing on Damage Issues (Doc. No. 73). The Court held a hearing on June 3, 2013. Plaintiff's presence at the hearing was required. Plaintiff failed to appear. After much consideration of the trial briefing on damages and the alternatives presented to the Court by Plaintiff's counsel in lieu of Plaintiff's absence, the Court hereby **ORDERS** that the following judgment be entered:

(1) Jackson County, Missouri has paid $400,000.00 in settlement of Plaintiff's claims against Jackson County. The Court believes an identical amount in compensatory damages in this case against Defendant Burgess is appropriate. Accordingly, $400,000.00 shall be **GRANTED** in compensatory damages.

(2) Based upon the pleadings, an exemplary damage award of four times the compensatory award shall also be **GRANTED**. As such, 1,600,000.00 shall be **GRANTED** in exemplary damages.

(3) Accordingly, a total damages amount of $2,000,000.00 is hereby awarded to Plaintiff.

The Clerk of the Court is directed to mail a copy of this order via regular and certified mail to the following: Steven Burgess 21428045 P.O. Box 9000 Safford, AZ 85548.

**IT IS SO ORDERED.**

Date: June 3, 2013  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge